WILLIAM F. PARKS, Appellant, *v.* MARGARET A. MURRAY et al., Respondents.

(Argued October 2. 1888; decided October 9, 1888.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the June Term, 1886, which affirmed a judgment entered upon a decision of the court on trial at Special Term.

*William B. Hornblower* for motion.

*Charles F. Tabor*, attorney general, opposed.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.